# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

ROBERT LEE CALDWELL                              JUDGMENT IN A CIVIL CASE

V.

COMMISSIONER OF SOCIAL SECURITY               CASE NUMBER: 3:07-CV-222

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's Motion for Summary Judgment [Doc.11] is GRANTED;

defendant Commissioner's Motion for Summary Judgment [Doc.18] is DENIED; and this matter is REMANDED for

benefits to be awarded consistent with the Order [Doc.21].

   July 10, 2008                                        Patricia L. McNutt, Clerk
Date

                                                         By      s/ D. Papa    Deputy Clerk